UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>HASSAN WRIGHT,<br>                           Defendant. | 24 Cr. 00179 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that Defendant's arraignment will be conducted on **April 3, 2024 at 11:45 a.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Immediately following the arraignment, an initial conference will be held.

    At the conference, the Government shall recite the procedural history of this case, outline the nature of the evidence it intends to offer at any trial, and propose a schedule for the production of discovery materials. Counsel for the parties shall consult in advance and agree, if possible, on a month for trial, as well as a schedule for motions and the exchange of expert statements.

    SO ORDERED.

Dated: March 27, 2024
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge