**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara L. Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

May 20, 2024

**Via ECF**
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The pretrial conference is hereby adjourned to **June 17, 2024** at **1:45 p.m.**

The time between May 23, 2024 and June 17, 2024 is excluded to allow for the defense's continued review of discovery. 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial.

The Clerk of Court is directed to terminate ECF No. 11.

Re:   **United States v. Hassan Wright**
      **24 Cr. 179 (JHR)**

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: May 20, 2024

Dear Judge Rearden,

     I write to respectfully request that the Court adjourn the next conference in the above-captioned case, currently scheduled for Thursday, May 23, to the week of June 17. We make this request because the defense needs additional time to review the Rule 16 discovery provided by the government. We expect that the requested adjournment will enable us to complete that process.

     The government, by Assistant United States Attorney William Stone, consents to this request.

     Given the nature of this application, the defense consents to the exclusion of time under the Speedy Trial Act until the newly-selected date.

     Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Wright
212-417-8729