UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            -v.-<br><br>HASSAN WRIGHT,<br><br>                              Defendant. | 24 Cr. 00179 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    The Court has been informed that Defendant Hassan Wright may wish to enter a change of plea. Accordingly, on **June 17, 2024** at **1:00 p.m.**, a plea proceeding will take place in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    The pretrial conference scheduled for June 17, 2024 at 1:45 p.m. is adjourned *sine die*.

    SO ORDERED.

Dated: June 14, 2024
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge