**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 24, 2024

> Application GRANTED. Defendant's sentencing is adjourned to **October 30, 2024 at 11:30 a.m.**
>
> The Clerk of Court is directed to terminate ECF No. 20.
>
> SO ORDERED.
>
> *[signature]*
>
> Jennifer H. Rearden, U.S.D.J.
> Date: September 27, 2024

**Via ECF**
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Hassan Wright**
         **24 Cr. 179 (JHR)**

Dear Judge Rearden,

    I write to respectfully request that the Court adjourn Mr. Wright's sentencing, currently scheduled for October 10, for approximately three to four weeks. The defense makes this request because we are in the final stages of gathering the mitigation materials we need to effectively represent Mr. Wright at sentencing, and we need a little more time to complete that process.

    This is the first request for an adjournment of sentencing. The government, by Assistant United States Attorney William Stone, consents to this request. I have conferred with the government and both parties are available on November 4 and November 13-15.

    If this request is granted, the parties will file our pre-sentencing submissions in advance of the newly-selected date, in accordance with Your Honor's Individual Rules.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Wright
212-417-8729