UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>HASSAN WRIGHT,<br><br>                      Defendant. | 24 Cr. 179 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Defendant's sentencing is scheduled for October 30, 2024. Having reviewed the parties' sentencing submissions, the Court seeks clarification regarding Defendant's request that his sentence provide for "re-engage[ment] with" the Center for Alternative Sentencing and Employment Services ("CASES"). *See* ECF No. 22 at 8.

      Specifically, by **October 28, 2024**, Defendant shall file a letter addressing **(1)** whether he is asking the Court to require participation in CASES in lieu of a custodial term beyond his requested 12 months and 1 day, *see*, *e.g.*, *id.* at 6-7, 8 (describing CASES as an "alternative to incarceration program"), or, instead, as a component of supervised release, *see id.* at 8 (seemingly referring to CASES "as part of [Defendant's] supervised release"); and **(2)** if the latter, then whether his return to CASES would be concurrent with any period in a residential reentry center imposed by the Court or, alternatively, would follow any period in a residential reentry center, *see id.* (requesting "that the Court mandate that Mr. Wright spend the first 6 months [of supervised release] in a halfway house").

      SO ORDERED.

Dated: October 25, 2024
       New York, New York

                                                            JENNIFER H. REARDEN
                                                            United States District Judge