# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 12, 2026

**Via ECF and Email**
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.  The conference scheduled for January 13, 2026 is adjourned to **February 10, 2026** at **2:00 p.m.**

The Clerk of Court is directed to terminate ECF No. 41.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: January 12, 2026

**Re:     United States v. Hassan Wright**
       **24 Cr. 179 (JHR)**

Dear Judge Rearden,

I write to respectfully request that the Court adjourn the VOSR status conference in the above-captioned case, which is currently scheduled for Tuesday, January 12 at 12:15 p.m., for approximately 30 days.  The Probation Department by Officer Lauren Blackford and the government by Assistant United States Attorney William Stone both consent to this application.

Mr. Wright is still working on achieving the goals of his supervision that we discussed at his last conference.  Specifically, he is still working on securing disability benefits, and he is pursuing a medical marijuana card.  The Probation Department and the Social Work Department at Federal Defenders are actively assisting him with those tasks and with the requested adjournment, we expect to make additional progress by the next court date, so that the VOSR can be resolved.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Wright
212-417-8729