# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 2, 2026

**Via ECF and Email**
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.  The conference scheduled for February 10, 2026 is adjourned *sine die*.  The parties shall inform the Court forthwith of any relevant developments in the New York State case.

The Clerk of Court is directed to terminate ECF No. 43.

Re:    **United States v. Hassan Wright**
       **24 Cr. 179 (JHR)**

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: February 3, 2026

Dear Judge Rearden,

I write to respectfully request that the Court adjourn, *sine die*, the VOSR status conference in the above-captioned case, which is currently scheduled for February 10, 2026.

As the Court is aware from the Amended VOSR Petition (filed January 27, 2026), Mr. Wright is currently facing new criminal charges in New York State and is incarcerated at Riker's Island.  Probation Officer Lauren Blackford, Assistant United States Attorney William Stone, and undersigned counsel believe the best course of action is to see what happens with this new case before proceeding in Federal Court.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Wright
212-417-8729